*Freeman, M.J.*

EDWARDS ANGELL PALMER & DODGE LLP
Rory J. McEvoy
Attorneys for Defendants
750 Lexington Avenue
New York, New York 10022
212.308.4411
rmcevoy@eapdlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/24/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SABRINA RAMBARRAN, | 06 Civ. 5109 (DCF) |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| -against- | |
| THE MOUNT SINAI HOSPITAL, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the undersigned parties that the above-captioned matter is hereby dismissed with prejudice.

Dated: New York, New York
       November __, 2008

LEBOW & ASSOCIATES, PLLC

By: _____
James B. LeBow
Attorney for Plaintiff
5 Penn Plaza, 19th Floor
New York, New York 10001
(212) 868-3311

EDWARDS ANGELL PALMER &
DODGE LLP

By: _____
Rory J. McEvoy
Attorneys for Defendant
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

SO ORDERED: 4/24/09

_____
Hon. Debra C. Freeman, U.S.M.J.